# EXHIBIT B

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: [12.0] | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:37–41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 7–Digital Sentry-NVS_C3663M-C]**<br><br>**Digital Sentry NVR and Digital Sentry NVs are network video recorders that use Integral Digital Sentry® as the video monitoring and management software. DS NVR is an all-inclusive, stand-alone video recorder. DS NVs is a software-only solution that can be installed on an existing server.**<br><br>**[See Digital Sentry® DSSRV2 Network Video Recorder]**<br><br> | Pelco Digital Sentry supports displaying of video images on the screen and storing video images in storage.<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-home-security-system-ds-nvs-users-manual-440944.pdf<br><br>https://www.pelco.com/search?documentUUID=382ed2dd-f80c-408a-a54e-59fa8d043414&title=Digital%20Sentry%20DSSRV2%20Network%20Video%20Recorder%20Specification%20Sheet |

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from a ~~plurality of~~ *one or more* sources; *[12.1]* | ***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See Digital Sentry® DSSRV2 Network Video Recorder]**<br> | Pelco Digital Sentry supports displaying of the video images on a single screen received from the multiple cameras.<br><br>https://www.pelco.com/search?documentUUID=382ed2dd-f80c-408a-a54e-59fa8d043414&title=Digital%20Sentry%20DSSRV2%20Network%20Video%20Recorder%20Specification%20Sheet |

**CONFIDENTIAL**

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~any of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; *[12.2]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 31–Digital Sentry-NVS_C3663M-B]**<br><br>**The Compression Type drop-down arrow lists the types of compression supported on Digital Sentry systems: MJPEG, MPEG-4, H.263, and H.264. Only certain compression types can be used with each supported IP camera model.**<br><br> | Pelco Digital Sentry compresses the video images using various encoders (such as MJPEG, MPEG4, H.264 etc.) to convert the analog video images to digital format.<br><br>https://s3-us-west-2.amazonaws.com/pdf/pelco/pelco-pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

Page 3 of 24

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; *[12.3]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | [See page 52–Digital Sentry-NVS_C3663M-C]<br><br> | Pelco Digital Sentry supports displaying of compressed images in different windows of the single screen with suitable frame rate and resolution for each image.<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 14–Digital Sentry-NVS_C3663M-C]**  | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 39–Digital Sentry-NVS_C3663M-C]**<br><br>**De-interlace Mode allows you to eliminate pixelated images in high resolution video that contains a large amount of motion. This feature applies only to live or recorded video with a 704 × 480 (4CIF) resolution.**<br><br>**The Client Start up Options section allows you to control the resolution of the Digital Sentry client software. You can display the application at the standard 1024 × 768 resolution, or at the resolution of the Windows desktop (1024 × 768 minimum).**<br><br>**[See page 17–Digital Sentry-NVS_C3663M-C]**<br><br>**Frame Rate: The number of images recorded per second and per minute by the selected camera. This field on the General tab does not actually set the frame rate; it only establishes the Fast, Medium, and Slow settings used on the Time-lapse Storage and Motion Storage tabs.** Select the frame rate per minute for each speed setting; the rate per second is automatically updated. | |

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~ *converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and* *[12.4]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." **Note:** *The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* *This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | **[See page 52–Digital Sentry-NVS_C3663M-C]**  **[See page 39–Digital Sentry-NVS_C3663M-C]** **De-interlace Mode allows you to eliminate pixelated images in high resolution video that contains a large amount of motion. This feature applies only to live or recorded video with a 704 × 480 (4CIF) resolution.** **The Client Start up Options section allows you to control the resolution of the Digital Sentry client software. You can display the application at the standard 1024 × 768 resolution, or at the resolution of the Windows desktop (1024 × 768 minimum).** | Pelco Digital Sentry supports various encoders(including H.264) which converts the video images with adjusted frame rate into different storage format. https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br><br> | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 15–Digital Sentry-NVS_C3663M-C]**<br><br>**The Compression Type drop-down arrow lists the types of compression supported on Digital Sentry systems: MJPEG, MPEG-4, H.263, and H.264.** Only certain compression types can be used with each supported IP camera model.<br><br><br><br>**Frame Rate: The number of images recorded per second and per minute by the selected camera. This field on the General tab does not actually set the frame rate; it only establishes the Fast, Medium, and Slow settings used on the Time-lapse Storage and Motion Storage tabs.** Select the frame rate per minute for each speed setting; the rate per second is automatically updated. | |

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 22–**Digital Sentry-NVS_C3663M-C**]**<br><br>**When motion is occurring, the motion schedule overrides the time-lapse storage schedule. The exception is at times when motion recording is not scheduled at all. If motion occurs during a time unscheduled on the Motion Storage page, the time-lapse storage schedule and recording rate still apply.** The Motion Storage tab also includes a drop-down menu that allows you to configure how long motion video recorded from this camera is saved. | |

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| *simultaneously storing the converted images in a storage device.* [12.5] | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>." <br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **[See Digital Sentry® DSSRV2 Network Video Recorder]**<br><br>Processor — Intel® Xeon E3-1275 v3<br>Operating System — Windows 7 Ultimate 64-bit<br>Internal Memory — 8 GB DDR3 non-ECC RAM; 16 GB DDR ECC RAM for DSSRV2-RD models<br>User Interface — DS ControlPoint<br>Internal Storage (JBOD or RAID 5*)<br>  DSSRV2 — 500 GB, 4 TB, 8 TB, 12 TB, 16 TB, 20 TB<br>  DSSRV2-DVD — 500 GB, 4 TB, 8 TB, 12 TB, or 16 TB<br>  DSSRV2-RD — 12 TB, 16 TB, 20 TB, or 24 TB<br>RAID Level — Internal RAID 5 (requires DSSRV-RAID controller card for hot-swappable drives)<br>External Storage — Pelco's DX8100HDDI or third-party SCSI targets (requires optional DSSRV-SCSI)<br>System Drive — SSD<br>Storage Drives<br>  DSSRV2 — 6, 3.5-inch hard drive bays<br>  DSSRV2-DVD — 4, 3.5-inch hard drive bays<br>Optical Drive — DVD±RW with DSSRV2-DVD<br>USB Ports — 3 USB 2.0 ports (1 front, 2 rear); 2 USB 3.0 ports (rear)<br><br>*The minimum configuration for an internal RAID 5 is three hard disk drives. One hard disk drive of the RAID 5 configuration is used for parity, reducing net storage capacity by the storage capacity of one hard disk drive. For example, an 18 TB RAID system provides net storage of 15 TB.<br><br>**[See page 15–Digital Sentry-NVS_C3663M-C]**<br>**Digital Sentry video files can be saved on storage devices available over a network connection. If you archive video over a network, video files remain on the local hard drives until they are complete, and then they are copied to the network device.** Video files are complete at the end of a 15-minute segment. | Pelco Digital Sentry consists of high-capacity video storage (Internal Storage) to store digitally compressed video images.<br><br>https://www.pelco.com/search?documentUUID=382ed2dd-f80c-408a-a54e-59fa8d043414&title=Digital%20Sentry%20DSSRV2%20Network%20Video%20Recorder%20Specification%20Sheet<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

CONFIDENTIAL

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 15–Digital Sentry-NVS_C3663M-C]**<br><br>**Digital Sentry allows you to export simultaneous video clips from multiple cameras to any location on the DS system or over a network connection.**<br><br>Complete the following steps to export a movie:<br><br>1. Play back video from the Recorded Video or Event History page.<br><br>2. Pause the video and click Export Movie on the Print/Export tab; this opens the Save As dialog box.<br><br>3**. Select a location, enter a file name, and select a file type: XPA format (playable in Integral Media Player); EXE format (a self-extracting executable with Integral Media Player built in); MPEG; or AVI.**<br><br>4. To mark a smaller portion of the video clip for export in EXE or XPV format, move the slider bar to the start of the desired clip, click Mark Start, and drag the slider bar to the end of the clip (refer to Figure 36). **You can also select the cameras to include in the exported file, but you can export video from only one camera at a time when exporting in MPEG or AVI format.** Click OK.<br><br> | |

Case 3:16-cv-00267-RJC-DCK   Document 1-2   Filed 05/26/16   Page 13 of 25

| Dependent Claim No. 13 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the temporal parameters including frame rate. *[13.0]* | As is well-understood in the industry, the term "temporal parameters" covers both data rate and update rate (frame rate). | | |

| Dependent Claim No. 14 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the spatial parameters including image dimension in pixels. *[14.0]* | As is well-understood in the industry, the term "spatial parameters" covers pixel dimensions (resolution) | | |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 8.*12*, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. *[9.0]* | **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>**(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 52–Digital Sentry-NVS_C3663M-C]**<br> | Pelco Digital Sentry supports displaying of compressed images in different windows of the single screen with suitable frame rate and resolution for each image.<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br><br> | |

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 39–Digital Sentry-NVS_C3663M-C]**<br><br>**De-interlace Mode allows you to eliminate pixelated images in high resolution video that contains a large amount of motion. This feature applies only to live or recorded video with a 704 × 480 (4CIF) resolution.**<br><br>**The Client Start up Options section allows you to control the resolution of the Digital Sentry client software. You can display the application at the standard 1024 × 768 resolution, or at the resolution of the Windows desktop (1024 × 768 minimum).**<br><br>**[See page 17–Digital Sentry-NVS_C3663M-C]**<br>**Frame Rate: The number of images recorded per second and per minute by the selected camera. This field on the General tab does not actually set the frame rate; it only establishes the Fast, Medium, and Slow settings used on the Time-lapse Storage and Motion Storage tabs.** Select the frame rate per minute for each speed setting; the rate per second is automatically updated. | |

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input.  *[10.0]* | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br><br>**The IP Cameras tab (refer to Figure 6) allows you to configure IP cameras connected to the VAU through the TCP/IP network port. A limited number of IP cameras can be connected to a VAU,** and a valid manufacturer-specific license must be installed for each. **The top of the tab displays the number of licenses installed for each camera manufacturer.**<br><br><br><br>To configure an IP camera, click Add IP Camera, and then select the camera model from the drop-down arrow. **This opens the IP Camera window (refer to Figure 7), which contains the following configuration information and options:** | Pelco Digital Sentry supports the change in video attributes such as spatial (resolution) and temporal (frame rate) parameters of images which can be varied through externally derived commands which also includes re-size the individual camera windows to fit them into the available screen area. Further, the motion detection initiates the modification in video parameters of the selected video.<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br> | |

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | <br><br>**Frame Rate: The number of images recorded per second and per minute by the selected camera. This field on the General tab does not actually set the frame rate; it only establishes the Fast, Medium, and Slow settings used on the Time-lapse Storage and Motion Storage tabs.** Select the frame rate per minute for each speed setting; the rate per second is automatically updated. | |

# HAWK '462 Claim Chart — Carolina Tractor and Equipment Company

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. [11.0] | **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>**(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br><br>**The IP Cameras tab (refer to Figure 6) allows you to configure IP cameras connected to the VAU through the TCP/IP network port. A limited number of IP cameras can be connected to a VAU,** and a valid manufacturer-specific license must be installed for each. **The top of the tab displays the number of licenses installed for each camera manufacturer.**<br><br><br><br>To configure an IP camera, click Add IP Camera, and then select the camera model from the drop-down arrow. **This opens the IP Camera window (refer to Figure 7), which contains the following configuration information and options:** | Pelco Digital Sentry supports the change in video attributes such as spatial (resolution) and temporal (frame rate) parameters of images which can be varied through externally derived commands which also includes re-size the individual camera windows to fit them into the available screen area while storing. Further, the motion detection initiates the modification in video parameters of the selected video and stores in the server.<br><br>https://s3-us-west-2.amazonaws.com/www.mrcdn.com/pdf/pelco/pelco-pelco-home-security-system-ds-nvs-users-manual-440944.pdf |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 14–Digital Sentry-NVS_C3663M-C]**<br><br> | |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | <br><br>**Frame Rate: The number of images recorded per second and per minute by the selected camera. This field on the General tab does not actually set the frame rate; it only establishes the Fast, Medium, and Slow settings used on the Time-lapse Storage and Motion Storage tabs.** Select the frame rate per minute for each speed setting; the rate per second is automatically updated. | |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 13 - Digital Sentry-NVS_C3663M-C]**<br><br>**Digital Sentry video files can be saved on storage devices available over a network connection. If you archive video over a network, video files remain on the local hard drives until they are complete, and then they are copied to the network device.** Video files are complete at the end of a 15-minute segment.<br><br>**[See page 15 - Digital Sentry-NVS_C3663M-C**<br><br> | |