# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-267-RJC-DCK

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLINA TRACTOR & EQUIPMENT ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Brooke A. Howard, concerning Gregory J. Myers on May 26, 2016. Mr. Gregory J. Myers seeks to appear as counsel *pro hac vice* for Plaintiff Hawk Technology Systems, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Gregory J. Myers is hereby admitted *pro hac vice* to represent Plaintiff Hawk Technology Systems, LLC.

**SO ORDERED**.

Signed: May 31, 2016

David C. Keesler
United States Magistrate Judge