# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINA TRACTOR & EQUIPMENT COMPANY, <br><br> Defendant. | Case No.: 3:16-CV-00267-RJC-DCK <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Hawk Technology Systems, LLC and Defendant Carolina Tractor & Equipment Company ("Carolina Tractor"), hereby stipulate to the dismissal of this matter with prejudice, with all parties bearing their own costs and attorneys' fees. The parties hereby consent to this Court retaining jurisdiction over the parties to address any matters arising out of or relating to the Settlement Agreement executed by the parties.

Respectfully submitted this 19th day of September, 2016.

*/s/Gregory J. Myers*
Gregory J. Myers, MN #287398
*Admitted pro hac vice*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981 facsimile
gjmyers@locklaw.com

*/s/Kathryn G. Cole*
Kathryn G. Cole, NC #39106
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-1000
(704) 331-1159 facsimile
katecole@mvalaw.com

*Attorney for Defendant Carolina Tractor & Equipment Company*

508089.1

*/s/Brooke A. Howard*
Brooke A. Howard, NC #36584
HOWARD LAW PLLC
555 Fayetteville Street, Suite 201
Raleigh, NC 27601
(919) 719-3908
(919) 882-9757  facsimile
bah@howardlawpllc.com

*Attorneys for Plaintiff Hawk Technology Systems, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2016 I filed the foregoing document using this Court's ECF system, which will serve a copy of same via email to all counsel of record.

Kathryn G. Cole, NC #39106
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-1000
(704) 331-1159  facsimile
katecole@mvalaw.com

*Attorney for Defendant Carolina Tractor & Equipment Company*

*/s/ Gregory J. Myers*
Gregory J. Myers, MN #287398
*Admitted pro hac vice*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981  facsimile
gjmyers@locklaw.com

Brooke A. Howard, NC #36584
HOWARD LAW PLLC
555 Fayetteville Street, Suite 201
Raleigh, NC 27601
(919) 719-3908
(919) 882-9757  facsimile
bah@howardlawpllc.com

*Attorneys for Plaintiff Hawk Technology Systems, LLC*